**FILED**
JUN 1 8 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| David Upton, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 1039 |
| v. | ) Civil Action No. | |
| | ) | |
| William K. Suter *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 16th day of June 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

_____
United States District Judge